168 A.3d 63

**LUCAS, Robert P.**

v.

**STATE of Maryland**

**Pet. Docket No. 130, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 459, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 63

**MACDONALD**

v.

**PATRIOT, LLC**

**Pet. Docket No. 170, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 450, Sept. Term, 2016).

Petition for writ of certiorari denied